479 A.2d 1133

Commonwealth v. Hosey, Appellant.

Argued May 15, 1984.   Stanley Wolowski, for appellant;   Harry A. Penich, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, POPOVICH and HESTER, JJ.

Judgment of sentence affirmed.

479 A.2d 1134

Commonwealth v. Kuhn, Appellant.

Submitted November 8, 1983.   Paulette J. Balogh, Assistant Public Defender, for appellant;   Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.